IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AUTOMOTIVE FINANCE CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 1:04-CV-451 SEB-VSS |
| | ) |
| INTERSTATE MOTORS, LLC., and | ) |
| SHAWN D. VANPORTFLIET, | ) |
| | ) |
| Defendants. | ) |

**AGREED JUDGMENT AND ORDER AS TO SHAWN VAN PORTFLIET ONLY**

Come now Plaintiff, Automotive Finance ("AFC"), and Defendant, Shawn Van Portfliet ("Van Portfliet"), by their respective counsel, and for their Agreed Judgment, agree as follows:

1. <u>Jurisdiction and Venue.</u> The parties agree that this Court has jurisdiction both over the subject matter of this suit and over the parties hereto, and waive any objection thereto or argument inconsistent therewith. The parties agree that this Court is a court of proper venue for this matter, and waive any objection thereto or argument inconsistent therewith.

2. <u>Agreed Judgment.</u> The Defendant, Van Portfliet, consents and agrees to judgment entered in favor of AFC and against him in the sum of One Hundred Thousand Dollars and Zero Cents ($100,000.00).

AGREED TO ON THE DATES AS HEREINAFTER WRITTEN:

AUTOMOTIVE FINANCE CORPORATION

Signed: _____

Printed: JACK R COHEN

Title: VP

Date: 1/10/05

_____
Shawn Van Portfliet
Date: 12/30/04

APPROVED:

_____
Steven D. Groth
Attorney for Plaintiff

APPROVED:

_____
James L. Robbins
Attorney for Shawn Van Portfliet

SO ORDERED, ADJUDGED, AND DECREED, THIS 30th DAY OF March, 2006

_____
Judge

Distribution:
All parties